**Order entered January 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00833-CR
## No. 05-14-00834-CR

### MALCOLM MCCLENON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-54585-W, F13-54586-W**

## ORDER

The Court **REINSTATES** the appeals.

On January 15, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On January 29, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeals, we **VACATE** the January 15, 2015 order requiring findings.

We **GRANT** the January 29, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE